# IN THE UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 15-50608 |
| Cynthia Collins } | |
| } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

## Notice of Change of Address

**My Former Mailing Address was**:

Name:       Cynthia Collins

Street:       505 Broadmeadows Blvd.

City, State, Zip:   Columbus, Ohio 43214

**Please be advised that effective August 24, 2017
my new mailing address is:**

Name:       Cynthia Collins

Street:       5719 Freeport Ct.

City, State ,Zip:   Westerville, OH 43081

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on August 24, 2017, to the following:

**Trustee:**
Frank Pees
Chapter 13 Trustee
130 E. Wilson Bridge Rd., Suite 200
Worthington, OH 43085
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Cynthia Collins
5719 Freeport Ct.
Westerville, OH 43081

                                      Respectfully Submitted,
                                      /s/ Erin E. Schrader
                                      Erin E. Schrader (0078078)
                                      Rauser & Associates
                                      5 East Long St., Suite 300
                                      Columbus, OH 43215
                                      (614) 228-4480